UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

MOELEEK HARRELL, *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>VERDICT SHEET</u>

20-CR-239 (BMC)


## **<u>AS TO COUNT ONE</u>**
## **<u>Racketeering</u>**


     *As to each of the Racketeering Acts listed below, indicate whether you find "proved" or "not proved" that the defendant you are considering committed the Racketeering Act alleged.  Then, on page 18, indicate whether you find the defendant you are considering "guilty" or "not guilty" of Count One.*

<u>Racketeering Act One:</u>          Narcotics Trafficking Conspiracy


As to defendant MOELEEK HARRELL:

Not Proved _____   Proved _____

*If you find that Racketeering Act One was proved as to defendant MOELEEK HARRELL, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant MOELEEK HARRELL as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   500 grams or more of a substance containing cocaine?

No _____          Yes _____

(b)   5 kilograms or more of a substance containing cocaine?

No _____          Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant MOELEEK HARRELL as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   100 grams or more of a substance containing heroin?

No _____          Yes _____

(b)   1 kilogram or more of a substance containing heroin?

No _____          Yes _____

2

As to defendant DERRICK AYERS:

Not Proved _____   Proved _____

*If you find that Racketeering Act One was proved as to defendant DERRICK AYERS, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant DERRICK AYERS as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   500 grams or more of a substance containing cocaine?

No _____      Yes _____

(b)   5 kilograms or more of a substance containing cocaine?

No _____      Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant DERRICK AYERS as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   100 grams or more of a substance containing heroin?

No _____      Yes _____

(b)   1 kilogram or more of a substance containing heroin?

No _____      Yes _____

As to defendant FRANKLIN GILLESPIE:

Not Proved _____   Proved _____

*If you find that Racketeering Act One was proved as to defendant FRANKLIN GILLESPIE, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant FRANKLIN GILLESPIE as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   500 grams or more of a substance containing cocaine?

No _____   Yes _____

(b)   5 kilograms or more of a substance containing cocaine?

No _____   Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant FRANKLIN GILLESPIE as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was 1 kilogram or more of a substance containing heroin?

(a)   100 grams or more of a substance containing heroin?

No _____   Yes _____

(b)   1 kilogram or more of a substance containing heroin?

No _____   Yes _____

4

As to defendant ANTHONY KENNEDY:

Not Proved _____   Proved _____

*If you find that Racketeering Act One was proved as to defendant ANTHONY KENNEDY, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant ANTHONY KENNEDY as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

    (a)    500 grams or more of a substance containing cocaine?

    No _____    Yes _____

    (b)    5 kilograms or more of a substance containing cocaine?

    No _____    Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant ANTHONY KENNEDY as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

    (a)    100 grams or more of a substance containing heroin?

    No _____    Yes _____

    (b)    1 kilogram or more of a substance containing heroin?

    No _____    Yes _____

<u>Racketeering Act Two</u>:          Money Laundering Conspiracy

As to defendant MOELEEK HARRELL:

Not Proved _____   Proved _____

As to defendant DERRICK AYERS:

Not Proved _____   Proved _____

As to defendant ANTHONY KENNEDY:

Not Proved _____   Proved _____

<u>Racketeering Act Three</u>:          Murder Conspiracy/Attempted Murder –
                                       John Doe #1


    As to defendant MOELEEK HARRELL:

        Subpart A:  Conspiracy to Murder

                Not Proved _____   Proved _____

        Subpart B:  Attempted Murder

                Not Proved _____   Proved _____


    As to defendant DERRICK AYERS:

        Subpart A:  Conspiracy to Murder

                Not Proved _____   Proved _____

<u>Racketeering Act Four</u>:　　　　　Murder Conspiracy – John Doe #2

As to defendant MOELEEK HARRELL:

Not Proved _____   Proved _____

As to defendant DERRICK AYERS:

Not Proved _____   Proved _____

<u>Racketeering Act Five</u>:        Murder – Jonathan Jackson

As to defendant DERRICK AYERS:

Not Proved _____ Proved _____

<u>Racketeering Act Six</u>:            Narcotics Trafficking Conspiracy/Money Laundering Conspiracy

     As to defendant MOELEEK HARRELL:

         Subpart A:  Narcotics Trafficking Conspiracy

                       Not Proved _____  Proved _____

         Subpart B:  Money Laundering Conspiracy

                       Not Proved _____  Proved _____

     As to defendant ANTHONY KENNEDY:

         Subpart A:  Narcotics Trafficking Conspiracy

                       Not Proved _____  Proved _____

         Subpart B:  Money Laundering Conspiracy

                       Not Proved _____  Proved _____

<u>Racketeering Act Seven</u>:         Murder Conspiracy/Murder – Paul Hoilett

As to defendant FRANKLIN GILLESPIE:

Subpart A:  Conspiracy to Murder

Not Proved _____   Proved _____

Subpart B:  Murder

Not Proved _____   Proved _____

11

<u>Racketeering Act Eight</u>:          Murder Conspiracy/Murder – Mike Hawley

As to defendant FRANKLIN GILLESPIE:

Subpart A:  Conspiracy to Murder

Not Proved _____    Proved _____

Subpart B:  Murder

Not Proved _____    Proved _____

As to defendant ANTHONY KENNEDY:

Subpart A:  Conspiracy to Murder

Not Proved _____    Proved _____

Subpart B:  Murder

Not Proved _____    Proved _____

<u>Racketeering Act Nine</u>:          State Law Bribery


As to defendant MOELEEK HARRELL:

Not Proved _____   Proved _____

As to defendant ANTHONY KENNEDY:

Not Proved _____   Proved _____

13

<u>Racketeering Act Ten</u>:          State Law Bribery

As to defendant MOELEEK HARRELL:

Not Proved _____   Proved _____

<u>Racketeering Act Eleven</u>:        Possession of Narcotics with Intent to Distribute

As to defendant DERRICK AYERS:

Not Proved _____   Proved _____

As to defendant FRANKLIN GILLESPIE:

Not Proved _____   Proved _____

As to defendant ANTHONY KENNEDY:

Not Proved _____   Proved _____

<u>Racketeering Act Twelve</u>:         State Law Robbery – John Does #3-5

As to defendant FRANKLIN GILLESPIE:

Not Proved _____   Proved _____

<u>Racketeering Act Thirteen</u>:     State Law Robbery – John Does #6-8

As to defendant FRANKLIN GILLESPIE:

Not Proved _____ Proved _____

**As to Count One**

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

## **AS TO COUNT TWO**
## **Conspiracy to Possess with Intent to Distribute Narcotics**

How do you find defendant MOELEEK HARRELL?

Not Guilty _____     Guilty _____

*If you find that defendant MOELEEK HARRELL is guilty of Count Two, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant MOELEEK HARRELL as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)     500 grams or more of a substance containing cocaine?

No _____     Yes _____

(b)     5 kilograms or more of a substance containing cocaine?

No _____     Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant MOELEEK HARRELL as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)     100 grams or more of a substance containing heroin?

No _____     Yes _____

(b)     1 kilogram or more of a substance containing heroin?

No _____     Yes _____

19

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

*If you find that defendant DERRICK AYERS is guilty of Count Two, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant DERRICK AYERS as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   500 grams or more of a substance containing cocaine?

No _____        Yes _____

(b)   5 kilograms or more of a substance containing cocaine?

No _____        Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant DERRICK AYERS as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   100 grams or more of a substance containing heroin?

No _____        Yes _____

(b)   1 kilogram or more of a substance containing heroin?

No _____        Yes _____

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

*If you find that defendant FRANKLIN GILLESPIE is guilty of Count Two, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant FRANKLIN GILLESPIE as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   500 grams or more of a substance containing cocaine?

No _____        Yes _____

(b)   5 kilograms or more of a substance containing cocaine?

No _____        Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant FRANKLIN GILLESPIE as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)   100 grams or more of a substance containing heroin?

No _____        Yes _____

(b)   1 kilogram or more of a substance containing heroin?

No _____        Yes _____

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

*If you find that defendant ANTHONY KENNEDY is guilty of Count Two, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of cocaine involved in the conspiracy attributable to the defendant ANTHONY KENNEDY as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)  500 grams or more of a substance containing cocaine?

No _____   Yes _____

(b)  5 kilograms or more of a substance containing cocaine?

No _____   Yes _____

Do you find that the government proved beyond a reasonable doubt as to the crime charged in Racketeering Act One that the amount of heroin involved in the conspiracy attributable to the defendant ANTHONY KENNEDY as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was:

(a)  100 grams or more of a substance containing heroin?

No _____   Yes _____

(b)  1 kilogram or more of a substance containing heroin?

No _____   Yes _____

22

## AS TO COUNT THREE
## Unlawful Possession, Brandishing, and Discharge of Firearms

As to defendant MOELEEK HARRELL:

*If you found defendant MOELEEK HARRELL guilty as to Count One or Count Two, answer the following question:*

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant MOELEEK HARRELL guilty of Count Three, specify if you found the defendant to have committed Count Three in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence          _____

Drug Trafficking Crime _____

*If you found defendant MOELEEK HARRELL guilty as to Count Three, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____          Yes _____

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____          Yes _____

23

As to defendant DERRICK AYERS:

*If you found defendant DERRICK AYERS guilty as to Count One or Count Two, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant DERRICK AYERS guilty of Count Three, specify if you found the defendant to have committed Count Three in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence           _____

Drug Trafficking Crime _____

*If you found defendant DERRICK AYERS guilty as to Count Three, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____        Yes _____

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____        Yes _____

As to defendant FRANKLIN GILLESPIE:

*If you found defendant FRANKLIN GILLESPIE guilty as to Count One or Count Two, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant FRANKLIN GILLESPIE guilty of Count Three, specify if you found the defendant to have committed Count Three in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence         _____

Drug Trafficking Crime _____

*If you found defendant FRANKLIN GILLESPIE guilty as to Count Three, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____         Yes _____

As to defendant ANTHONY KENNEDY:

*If you found defendant ANTHONY KENNEDY guilty as to Count One or Count Two, answer the following question:*

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant ANTHONY KENNEDY guilty of Count Three, specify if you found the defendant to have committed Count Three in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence         _____

Drug Trafficking Crime _____

## AS TO COUNT FOUR
## Money Laundering Conspiracy

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

27

## **AS TO COUNT FIVE**
## **Conspiracy to Commit Murder In-Aid-Of Racketeering –**
## **John Doe #2**


How do you find defendant MOELEEK HARRELL?

Not Guilty _____    Guilty _____


How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

28

## AS TO COUNT SIX
## Conspiracy to Commit Murder In-Aid-Of Rackteering – Members of the Stukes Crew

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

## AS TO COUNT SEVEN
### Assault In-Aid-Of Racketeering –
### John Doe #2 and Jane Doe #1

How do you find defendant MOELEEK HARRELL?

Not Guilty _____    Guilty _____

How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

## AS TO COUNT EIGHT
## Unlawful Possession, Brandishing, and Discharge of a Firearm

As to defendant MOELEEK HARRELL:

*If you found defendant MOELEEK HARRELL guilty as to Count Seven, answer the following question:*

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

*If you found defendant MOELEEK HARRELL guilty as to Count Eight, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____        Yes _____

As to defendant DERRICK AYERS:

*If you found defendant DERRICK AYERS guilty as to Count Seven, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

*If you found defendant DERRICK AYERS guilty as to Count Eight, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____            Yes _____

As to defendants MOELEEK HARRELL and DERRICK AYERS:

*If you found either defendant (or both) guilty as to Count Eight, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____          Yes _____

## AS TO COUNT NINE
## Unlawful Possession, Brandishing, and Discharge of a Firearm

*If you found defendant DERRICK AYERS guilty as to Count One or Count Two, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant DERRICK AYERS guilty of Count Nine, specify if you found the defendant to have committed Count Nine in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence        _____

Drug Trafficking Crime _____

*If you found defendant DERRICK AYERS guilty as to Count Nine, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____        Yes _____

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____        Yes _____

34

## AS TO COUNT TEN
## Causing the Death of Jonathan Jackson Through the Use of a Firearm

*If you found defendant DERRICK AYERS guilty as to Count Nine, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

*If—but only if—you found defendant DERRICK AYERS guilty of Count Ten, specify if you found that the killing is a murder under Title 18, United States Code, Section 1111(a) or voluntary manslaughter under Section 1112(a).   Please check the one that applies.*

Murder                          _____

Voluntary Manslaughter_____

35

## AS TO COUNT ELEVEN
## Assault In-Aid-Of Racketeering –
## John Doe #1 and Jane Doe #2

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

36

## AS TO COUNT TWELVE
## Unlawful Possession, Brandishing, and Discharge of a Firearm

As to defendant MOELEEK HARRELL:

*If you found defendant MOELEEK HARRELL guilty as to Count Eleven, answer the following question:*

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

*If you found defendant MOELEEK HARRELL guilty as to Count Twelve, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____       Yes _____

As to defendant DERRICK AYERS:

*If you found defendant DERRICK AYERS guilty as to Count Eleven, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

*If you found defendant DERRICK AYERS guilty as to Count Twelve, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____        Yes _____

As to defendants MOELEEK HARRELL and DERRICK AYERS:

*If you found either defendant (or both) guilty as to Count Twelve, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____        Yes _____

## <u>AS TO COUNT THIRTEEN</u>
## <u>Maintaining a Stash House –</u>
## <u>2 Woodpecker Drive, Troy, Maine</u>

How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

## AS TO COUNT FOURTEEN
## Conspiracy to Distribute and Possess with Intent to
## Distribute Controlled Substances

How do you find defendant MOELEEK HARRELL?

Not Guilty _____  Guilty _____

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____  Guilty _____

## AS TO COUNT FIFTEEN
## Money Laundering Conspiracy

How do you find defendant MOELEEK HARRELL?

Not Guilty _____   Guilty _____

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

## <u>AS TO COUNT SIXTEEN</u>
## <u>Maintaining a Stash House –</u>
## <u>7 Center Road, Searsport, Maine</u>

How do you find defendant DERRICK AYERS?

Not Guilty _____    Guilty _____

## AS TO COUNT SEVENTEEN
### Maintaining a Stash House –
### 101 Roosevelt Avenue, Apartment 214,
### Carteret, New Jersey

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

## AS TO COUNT EIGHTEEN
## Unlawful Possession, Brandishing, and Discharge of a Firearm

*If you found defendant FRANKLIN GILLESPIE guilty as to Count One or Count Two, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____     Guilty _____

*If—but only if—you found defendant FRANKLIN GILLESPIE guilty of Count Eighteen, specify if you found the defendant to have committed Count Eighteen in furtherance of a crime of violence, a drug trafficking crime, or both. Please check all that apply.*

Crime of Violence _____

Drug Trafficking Crime _____

*If you found defendant FRANKLIN GILLESPIE guilty as to Count Eighteen, answer the following two questions:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____     Yes _____

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____     Yes _____

45

## AS TO COUNT NINETEEN
## Causing the Death of Paul Hoilett Through the Use of a Firearm

*If you found defendant FRANKLIN GILLESPIE guilty as to Count Eighteen, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____    Guilty _____

46

## **AS TO COUNT TWENTY**
## **Unlawful Possession, Brandishing, and Discharge of a Firearm**

As to defendant FRANKLIN GILLESPIE:

*If you found defendant FRANKLIN GILLESPIE guilty as to Count One or Count Two, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant FRANKLIN GILLESPIE guilty of Count Twenty, specify if you found the defendant to have committed Count Twenty in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence       _____

Drug Trafficking Crime _____

*If you found defendant FRANKLIN GILLESPIE guilty as to Count Twenty, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____       Yes _____

As to defendant ANTHONY KENNEDY:

*If you found defendant ANTHONY KENNEDY guilty as to Count One or Count Two, answer the following question:*

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant ANTHONY KENNEDY guilty of Count Twenty, specify if you found the defendant to have committed Count Twenty in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence   _____

Drug Trafficking Crime _____

*If you found defendant ANTHONY KENNEDY guilty as to Count Twenty, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were brandished?

No _____   Yes _____

As to defendants FRANKLIN GILLESPIE and ANTHONY KENNEDY:

*If you found either defendant (or both) guilty as to Count Twenty, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that one or more firearms were discharged?

No _____          Yes _____

## AS TO COUNT TWENTY-ONE
## Causing the Death of Mike Hawley Through the Use of a Firearm

*If you found defendant FRANKLIN GILLESPIE guilty as to Count Twenty, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

*If you found defendant ANTHONY KENNEDY guilty as to Count Twenty, answer the following question:*

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____   Guilty _____

## **AS TO COUNT TWENTY-TWO**
### **Maintaining a Stash House –**
### **9 Bings Boulevard, Swanville, Maine**


How do you find defendant DERRICK AYERS?

Not Guilty _____     Guilty _____

## <u>AS TO COUNT TWENTY-THREE</u>
### <u>Maintaining a Stash House –</u>
### <u>1189 Horseback Road, Levant, Maine</u>

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

## <u>AS TO COUNT TWENTY-FOUR</u>
## <u>Maintaining a Stash House –</u>
## <u>93 Troy Road, Detroit, Maine</u>

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

## <u>AS TO COUNT TWENTY-FIVE</u>
### <u>Maintaining a Stash House –</u>
### <u>576 Corinth Road, Garland, Maine</u>

How do you find defendant DERRICK AYERS?

Not Guilty _____ Guilty _____

## AS TO COUNT TWENTY-SIX
## Unlawful Possession of Firearms

As to defendant DERRICK AYERS:

*If you found defendant DERRICK AYERS guilty as to Count One or Count Two, answer the following question:*

How do you find defendant DERRICK AYERS?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant DERRICK AYERS guilty of Count Twenty-Six, specify if you found the defendant to have committed Count Twenty-Six in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence _____

Drug Trafficking Crime _____

As to defendant FRANKLIN GILLESPIE:

*If you found defendant FRANKLIN GILLESPIE guilty as to Count One or Count Two, answer the following question:*

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____

*If—but only if—you found defendant FRANKLIN GILLESPIE guilty of Count Twenty-Six, specify if you found the defendant to have committed Count Twenty-Six in furtherance of a crime of violence, a drug trafficking crime, or both. Please check all that apply.*

Crime of Violence _____

Drug Trafficking Crime _____

As to defendant ANTHONY KENNEDY:

*If you found defendant ANTHONY KENNEDY guilty as to Count One or Count Two, answer the following question:*

How do you find defendant ANTHONY KENNEDY?

Not Guilty _____    Guilty _____

*If—but only if—you found defendant ANTHONY KENNEDY guilty of Count Twenty-Six, specify if you found the defendant to have committed Count Twenty-Six in furtherance of a crime of violence, a drug trafficking crime, or both.   Please check all that apply.*

Crime of Violence          _____

Drug Trafficking Crime _____

56

## **AS TO COUNT TWENTY-SEVEN**
## **Felon in Possession of Firearms**

How do you find defendant FRANKLIN GILLESPIE?

Not Guilty _____   Guilty _____